FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Dominique    Antoine    Jones
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION **20-00379**

NO.

SECTION **SECT. T MAG.2**

versus

New Orleans Parish Prison

_____

_____

_____

_____

Print the full name of all defendants in
this action.
DO NOT WRITE *et al.*

---

COMPLAINT

I.     Previous Lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?
Yes ( )  No (✓)

**TENDERED FOR FILING**

**JAN 3 1 2020**

**U.S. DISTRICT COURT**
Eastern District of Louisiana
Deputy Clerk

B.   If your answer to A is "yes", describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.   Parties to the previous lawsuit

        Plaintiffs   _____

                        _____

        Defendants  _____

                        _____

    2.   Court (If federal court, name of the district court; if state court, name the parish.)

        _____

    3.   Docket Number _____

    4.   Name of judge to whom case was assigned _____

        _____

    5.   Disposition (For example: Was this case dismissed?  Was it appealed?  Is it still pending?)

        _____

    6.   Approximate date of filing lawsuit _____

    7.   Approximate date of disposition _____

C.   Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )   No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case.  You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

2

II.    PLACE OF PRESENT CONFINEMENT: _____

A.    Is there a prisoner grievance procedure in this institution?
Yes (✓)  No ( )

B.    Did you present the facts relating to this complaint in the prisoner grievance
procedure?  Yes (✓)  No ( )

C.    If your answer is "yes",

1.    Attach a copy of all administrative complaints you have filed regarding
the claims raised in this lawsuit and copies of all prison responses. If
copies are not available, list the number assigned to the complaint(s)
and approximate date it was presented to the prison. _____

_____

2.    As to each grievance compliant provided or listed above, have you
exhausted or completed all steps in the procedure, including appeals?
_____

D.    If your answer is NO, explain why you have not done so: _____

_____

_____

_____

III. Parties

(In item A below, complete the following information.  Do the same for additional
plaintiffs, if any.)

A.    Full Name of Plaintiff
(First - Middle - Last) **Dominique Antoine Jones**

Prisoner Number **249 56 89**

Address **3116 Angelique St   Violet   La   70092**

Date of Birth **01/30/1984**

Date of Arrest **on or about 8/14/2019**

Date of Conviction _____

3

IMPORTANT:  In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address.  If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. The parties listed below must be exactly the same as those listed in your caption.

B.      Defendant _____ is employed as _____

        _____ at _____

        Address for service: _____

C.      Defendant _____ is employed as _____

        _____ at _____

        Address for service: _____

D.      Defendant _____ is employed as _____

        _____ at _____

        Address for service: _____

E.      Defendant _____ is employed as _____

        _____ at _____

        Address for service: _____

F.      Defendant _____ is employed as _____

        _____ at _____

        Address for service: _____

G.      Defendant _____ is employed as _____

        _____ at _____

        Address for service: _____

4

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I was placed on 4-B in cell upper 18. As soon as I entered my cell, I was boxed-in, cornered or crowed (jumpped) by all people entering the cell including one person I discovered living there before me. I was punched in the face, and nieghly or nearly choked out while being beat (punched and kick) while placed in a headlock. I lost alot of blood and thought I would die or possibly be rapped if I gave up easily. I was then placed in a small room by deputies for about 5 or 6 hours with no immediate medical attention. I was totally neglected by Prison Officials (officers). Prison Deputies tried to cover up this incident by not even reporting or documenting it to my knowledge... This is definitely a case of erronious medical and staff treatment...

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like to recieve money as compensation for the Prison's staff Erronious decisions regarding my saftey and health. I would also like to recieve money as compensation for psychological trama being compounded to my previous psychiatric medical needs. I'm humbly at the Mercy of Your Honor's Judgement

VI. Plaintiff's Declaration

1)   I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)   I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)   I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)   I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this **26** day of **January** , 20**20**.

_Dominique Antoine Jones_
(Signature of Plaintiff)

04/2006

6

Dominique A. Jones
1900 Paris Rd
Chalmette La. 70043

FOREVER
USA

Barn Swallow

Clerk's Office
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans La 70130



© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

