UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DOMINIQUE ANTOINE JONES | CIVIL ACTION |
| VERSUS | NO. 20-379 |
| NEW ORLEANS PARISH PRISON | SECTION "T" (2) |

## ORDER

Having reviewed the complaint, the applicable law, and the Magistrate Judge's Findings and Recommendation (R. Doc. 14), the Court approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion herein.

Accordingly, it is ordered that plaintiff's claims are DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

New Orleans, Louisiana, this ‎ 31st ‎ day of ‎ March ‎, 2021.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE